# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  November 13, 2014                    518854
_____

In the Matter of the Claim of
    NICOLE ROTHENBERGER,
                    Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  September 16, 2014

Before:  Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.

_____

        Nicole Rothenberger, Ballston Spa, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Marjorie S. Leff of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed August 29, 2013, which, among other things, ruled
that claimant was ineligible to receive unemployment insurance
benefits because she was not totally unemployed.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.


                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court